**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01065-CV

### MATTHEW D. BARROW, M.D., P.A. ET AL., Appellants

### V.

### SUZETTE CARNES, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09350-F**

## ORDER

The Court has before it appellants' August 29, 2013 unopposed motion for extension of time to file brief of appellants. The Court **GRANTS** the motion and **ORDERS** appellants to file their brief by September 17, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE